**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dominique Cash, Appellant.

Appellate Case No. 2017-001820

---

Appeal From Florence County
Paul M. Burch, Circuit Court Judge

---

Unpublished Opinion No. 2021-UP-349
Submitted September 1, 2021 – Filed October 6, 2021

---

**APPEAL DISMISSED**

---

Appellate Defender Joanna Katherine Delany, of Columbia, for Appellant.

Assistant Deputy Attorney General Lindsey Ann McCallister, of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.